# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DWAIN ANDREW HUTSELL**                                                                **PLAINTIFF**

V.                              CASE NO.: 4:14CV00048 BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## JUDGMENT

Plaintiff Dwain Andrew Hutesll's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 2nd day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE